IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-00247(SEK) |
|---|---|
| LILA Y SANTIAGO FUENTES DEBTOR | CHAPTER 13 |

MOTION FOR DISMISSAL

TO THE HONORABLE COURT:

**NOW COMES** RG Mortgage Corporation (RG), through counsel, and most respectfully **STATES** and **PRAYS**:

1. Instant petition was filed on January 19, 2010.

2. On February 13, 2010, appearing party filed a secured proof of claim which is incorporated by reference.

3. As of the filing of the Bankruptcy petition Debtor was 11 payments of $764.00 and of $765.00 in arrears with respect to the mentioned note. Total pre-petition arrears $8,413.00. See Proof of Claim for statement of account.

4. Debtor is now 2 post-petition payments in arrear as of filing of this motion. Total post-

Wallace Vásquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

petition arrears $1,604.74. See Unsworn Statement attached.

5. Failure to make post-petition payments constitute cause for dismissal under 11 U.S.C. 1307(4).

6. Dismissal of instant petition is beneficial to creditors and parties in interest.

7. Enclosed Statement under Service Members Act for debtor.

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

Please take notice that unless a party in interest files an objection to this Request for Dismissal and request a hearing in writing with the Clerk of the Court, and serves with copy to the undersigned attorney within **THIRTY (30) DAYS** from the date of this Notice, the Dismissal may be approved by the Court without further notice or hearing. If the party in interest concurs with the above Dismissal, no action need be taken.

**WHEREFORE** it is respectfully requested that this Motion BE GRANTED and that instant matter be dismissed,

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

with such further relief as is deemed appropriate under the circumstances.

*I CERTIFY* that copy of this Notice was sent via first class mail to all creditors and parties in interest, as per enclosed master address list.

In San Juan, Puerto Rico, this ___30___ day of August, 2010.

*Wallace Vazquez Sanabria-125101*
*17 Mexico St., Suite D-1*
*San Juan, PR 00917-2202*
*Tel: 787-756-5730*
*Fax: 787-764-0340*
*Email: walvaz@prtc.net*

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

```
Label Matrix for local noticing          DEPARTAMENTO DE HACIENDA              PR DEPARTMENT OF LABOR
0104-3                                   PO BOX 9024140                        PRUDENCIO RIVERA MARTINEZ BLDG
Case 10-00247-SEK13                      OFICINA 424-B                         505 MUNOZ RIVERA AVENUE
District of Puerto Rico                  SAN JUAN, PR 00902-4140               12 FLOOR
Old San Juan                                                                   SAN JUAN, PR 00918
Mon Aug 30 11:16:34 AST 2010

RECOVERY MANAGEMENT SYSTEMS CORP         RG MORTGAGE CORPORATION               US TRUSTEE
FOR GE MONEY BANK (DBA JCPENNEY)         c/o WALLACE VAZQUEZ SANABRIA          EDIFICIO OCHOA
25 SE 2ND AVE, SUITE 1120                17 MEXICO STREET, SUITE D-1           500 TANCA STREET SUITE 301
MIAMI, FL 33131-1605                     SAN JUAN, PR 00917-2202               SAN JUAN, PR 00901-1938


US Bankruptcy Court District of P.R.     AUTORIDAD DE ENERGIA ELECTRICA DE PR  BUFETE COLON & ROMAN
U.S. Post Office and Courthouse Building PO BOX 363508                         C/O ANA MARIA HUERTAS CONCEPCION
300 Recinto Sur Street, Room 109         SAN JUAN, PR  00936-3508              315 COLL & TOSTE, URB. BALDRICH
San Juan, PR 00901-1964                                                        SAN JUAN, PR 00918-4026


DEPARTAMENTO DEL TRABAJO                 FEDERAL LITIGATION DEPT OF JUSTICE    (p)INTERNAL REVENUE SERVICE
AVE. MUOZ RIVERA 505                     PO BOX 9020192                        CENTRALIZED INSOLVENCY OPERATIONS
HATO REY, PR 00918-3352                  SAN JUAN, PR  00902-0192              PO BOX 21126
                                                                               PHILADELPHIA PA 19114-0326


RG MORTGAGE                              ALEJANDRO OLIVERAS RIVERA             LILA YVONNE SANTIAGO FUENTES
PO BOX 362394                            ALEJANDRO OLIVERAS, CHAPTER 13 TRUS   G 15 CALLE MIREYA OESTE
SAN JUAN, PR  00936-2394                 PO BOX 9024062                        LEVITTOWN
                                         SAN JUAN, PR 00902-4062               TOA BAJA, PR 00949-4549


MARILYN VALDES ORTEGA                    MONSITA LECAROZ ARRIBAS
VALDES-ORTEGA                            OFFICE OF THE US TRUSTEE (UST)
P O BOX 195596                           OCHOA BUILDING
SAN JUAN, PR 00919-5596                  500 TANCA STREET  SUITE 301
                                         SAN JUAN, PR 00901-1938
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE.  STOP 27 1/2
SAN JUAN, PR  00918-1693
```


          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(d)DEPARTAMENTO DE HACIENDA              (d)RG MORTGAGE CORPORATION            (u)SANTIAGO FUENTES, LILA YVONNE
PO BOX 9024140                           c/o WALLACE VAZQUEZ SANABRIA
OFICINA 424 B                            17 MEXICO STREET, SUITE D-1
SAN JUAN, PR 00902-4140                  SAN JUAN, PR 00917-2202
```

(d)FEDERAL LITIGATION DEPT. OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

End of Label Matrix
Mailable recipients    16
Bypassed recipients     4
Total                  20

BUFETE: WALLACE VAZQUEZ SANABRIA

## UNSWORN STATEMENT
## UNDER PENALTY OF PERJURY

The undersigned hereby certifies the following under penalty of perjury:

Debtor(s):  LILA I SANTIAGO FUENTES

Loan No.:  000075160078

Bankruptcy No.:  10-00247

Post-petition arrears:  ( 2 )  months at  $765.00  =  $1,530.00
                   ( 2 )  L/C  $37.37  =  $74.74

Current principal:  $103,172.22

Name: _____  Date: August 25, 2010
       Legal Division

Department of Defense Manpower Data Center
Aug-25-2010 13:22:49



Military Status Report
Pursuant to the Service Members Civil Relief Act

| ◁ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| SANTIAGO | LILA | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:JD7STOK66O